Peter H. Christensen #5453
John M. Zidow #10626
Mason L. Gardner #18382
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone:  (801) 532-7080
Facsimile:   (801) 596-1508
pchristensen@strongandhanni.com
jzidow@strongandhanni.com
mgardner@strongandhanni.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| BRANDON JENSEN and REBECCA JENSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CRETE CARRIER CORPORATION, SHAFFER TRUCKING and MICHAEL BEALE,<br><br>Defendants. | **STIPULATION AND JOINT MOTION FOR DISMISSAL OF CERTAIN CLAIMS AGAINST DEFENDANT CRETE CARRIER CORPORATION WITH PREJUDICE AND WITHDRAWAL OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Case No: 1:23-cv-00105<br><br>Judge Tena Campbell |

Pursuant to Fed. R. Civ. P. 41, the parties, by and through counsel, stipulate and jointly move for dismissal with prejudice Plaintiffs' first cause of action for negligence against Defendant Crete Carrier Corporation. This Stipulation and Joint Motion results in the Motion for Partial Summary Judgment (Dkt. 33) filed by Defendants on April 1, 2025, becoming moot. Defendants, therefore, withdraw their Motion for Partial Summary Judgment (Dkt. 33).  This stipulation and

joint motion in no way affects Plaintiffs' causes of action for negligence against Defendant Michael Beale and vicarious liability against Defendant Crete Carrier Corporation. Plaintiff Rebecca Jensen's loss of consortium claim also is not affected by this stipulation and joint motion.

DATED this April 30, 2025.

STRONG & HANNI

*/s/ Mason L. Gardner*
Peter H. Christensen
John M. Zidow
Mason L. Gardner
*Attorneys for Defendants*


CUTT KENDALL & OLSON

*/s/ Eric Olson (with permission)*
Eric Olson
Lena Daggs
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, a true and correct copy of the foregoing was served by the method indicated below on the following:

| | | |
|---|---|---|
| Eric S. Olson | (X) | Electronic Filing |
| Lena Daggs | ( ) | U.S. Mail, Postage Prepaid |
| **CUTT KENDELL & OLSON** | ( ) | Email |
| 900 Parkside Tower | | |
| 215 South State Street | | |
| Salt Lake City, Utah 84111 | | |
| eolson@ckolaw.com | | |
| ldaggs@ckolaw.com | | |
| *Attorneys for Plaintiff* | | |

*/s/ Katherine Rusconi*