Peter H. Christensen #5453
John M. Zidow #10626
Ryan M. Stephens #16336
Mason L. Gardner #18382
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone:  (801) 532-7080
Facsimile:   (801) 596-1508
pchristensen@strongandhanni.com
jzidow@strongandhanni.com
rstephens@strongandhanni.com
mgardner@strongandhanni.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| BRANDON JENSEN and REBECCA JENSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CRETE CARRIER CORPORATION, SHAFFER TRUCKING and MICHAEL BEALE,<br><br>Defendants. | **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No: 1:23-cv-00105<br><br>Judge Tena Campbell |

The parties, pursuant to Fed R. Civ. P. 41(a), stipulate and jointly move the Court for entry of an Order dismissing this lawsuit against Defendants with prejudice and on the merits with the parties to bear their respective costs and fees. Plaintiffs have agreed to not obtain entry of a judgment against Defendants, and the parties have fully resolved this lawsuit following entry of the jury's verdict.

DATED this January 9, 2026.

          **STRONG & HANNI**

          */s/ John M. Zidow*
          Peter H. Christensen
          John M. Zidow
          Ryan M. Stephens
          Mason L. Gardner
          *Attorneys for Defendants*


DATED this January 9, 2026

          **CUTT KENDALL & OLSON**


          */s/ Eric S. Olson (with permission)*
          Eric S. Olson
          Jordan P. Kendell
          Donovan C. Jones
          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this January 9, 2026, a true and correct copy of the foregoing was served by the method indicated below on the following:

| | | |
|---|---|---|
| Eric S. Olson | | |
| Jordan P. Kendell | | |
| Donovan C. Jones | | |
| Cutt Kendell & Olson | (X) | Electronic Filing |
| Second + State | ( ) | U.S. Mail, Postage Prepaid |
| 215 South State Street | (X) | Email |
| Salt Lake City, Utah 84111 | | |
| Tel.: (801) 366-9100 | | |
| eolson@ckolaw.com | | |
| jkendell@ckolaw.com | | |
| djones@ckolaw.com | | |
| *Attorneys for Plaintiff* | | |

/s/ Katherine Rusconi